**IN THE WESTERN DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY HAMMOND MURPHY,

      Plaintiff,

                                     Civil Action No. 1:25-cv-195

  v.

SALT & STRAW, LLC

      Defendant.

## JOINT NOTICE OF SETTLEMENT

1. By Confidential Settlement Agreement and Release of Claims effective post haste the ("Settlement Agreement"), the parties have settled and resolved all claims in this matter.

2. Once the final payment under the Settlement Agreement is made, Plaintiff will formally dismiss the above-captioned matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Lawrence H. Fisher (with permission) | /s/Adi Kanlic |
| Lawrence H. Fisher (#67667) | Adi Kanlic (IL ARDC# 6320888) |
| One Oxford Center | O'HAGAN MEYER LLC |
| 301 Grant Street, Suite 270 | One E. Wacker Dr., Ste. 3400 |
| Pittsburgh, PA 15219 | Chicago, IL 60601 |
| E-Mail: lawfirst@lawrencefisher.com | (312) 422-6100 |
| T: (412) 577-4040 | (312) 422-6110 fax |
| | akanlic@ohaganmeyer.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Anthony Hammond Murphy* | *Sat & Straw, LLC* |