# IN THE WESTERN DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY HAMMOND MURPHY,
        Plaintiff,

        v.                              Civil Action No. 1:25-cv-195

SALT & STRAW, LLC
        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: October 16, 2025

| /s/ Lawrence H. Fisher (with permission) | /s/Adi Kanlic |
|---|---|
| Lawrence H. Fisher (#67667) | Adi Kanlic (IL ARDC# 6320888) |
| One Oxford Center | O'HAGAN MEYER LLC |
| 301 Grant Street, Suite 270 | One E. Wacker Dr., Ste. 3400 |
| Pittsburgh, PA 15219 | Chicago, IL 60601 |
| E-Mail: lawfirst@lawrencefisher.com | (312) 422-6100 |
| T: (412) 577-4040 | (312) 422-6110 fax |
|  | akanlic@ohaganmeyer.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Anthony Hammond Murphy* | *Salt & Straw, LLC* |